IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3065 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TIMOTHY G. REGANIS, | ) | |
| | ) | |
| Defendants. | ) | |

The defendant has orally moved to cancel his change of plea hearing and to set this case for trial. Filing No. 16. Accordingly,

IT IS ORDERED:

1) The defendant's change of plea hearing, previously set for October 21, 2010 at 2:00 p.m., is cancelled.

2) Trial is set to begin at 9:00 a.m. on January 18, 2011, for a duration of three trial days before District Judge Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be at the commencement of trial

3) The court canceled the defendant's trial setting and scheduled other cases for trial based on defendant's prior statement that he wished to enter a plea. The defendant's change of mind has disrupted the normal scheduling practices of this court, the parties' ability to anticipate the need to prepare for trial, and their trial preparations. Therefore, under the circumstances presented, the additional time arising as a result of the granting the motion to set a trial date, the time between October 20, 2010 and January 18, 2010, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

October 20, 2010.         s/ *Cheryl R. Zwart*
                          United States Magistrate Judge